count. In accordance with the Court's decision in *Bachellar* v. *Maryland,* 397 U. S. 564 (1970), therefore, petitioner's conviction should be set aside.

No. 75–1351. BERGER, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* BARTON ET AL. Ct. App. N. Y. Motion of respondents Barton et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–643. ALLEN *v.* UNITED STATES, 423 U. S. 1072;

No. 75–792. NORTHSIDE REALTY ASSOCIATES, INC., ET AL. *v.* UNITED STATES, 424 U. S. 977;

No. 75–896. DOE ET AL. *v.* COMMONWEALTH'S ATTORNEY FOR THE CITY OF RICHMOND ET AL., *ante,* p. 901;

No. 75–897. ENSLIN *v.* NORTH CAROLINA, *ante,* p. 903;

No. 75–911. WARD *v.* UNITED STATES, 424 U. S. 966;

No. 75–912. SLINGERLAND *v.* UNITED STATES, 424 U. S. 966;

No. 75–1128. PHOENIX NEWSPAPERS, INC., ET AL. *v.* CHURCH, *ante,* p. 908;

No. 75–5696. ROBERSON *v.* UNITED STATES, *ante,* p. 917;

No. 75–6108. HARDY *v.* OHIO, 424 U. S. 960;

No. 75–6188. LENNON *v.* CLARK ET AL., 424 U. S. 975; and

No. 75–6219. BOONE *v.* KANSAS, *ante,* p. 915. Petitions for rehearing denied.

No. 74–891. PAUL, CHIEF OF POLICE, LOUISVILLE, ET AL. *v.* DAVIS, 424 U. S. 693. Petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.